UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEST PUBLISHING CORP.,

                          Plaintiff,

-v-

RICHARD STEVE WILLIAMS ET AL.,

                         Defendants.

22 Civ. 2383 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The case management conference in this case scheduled for July 7, 2022 is adjourned *sine die*.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 7, 2022
       New York, New York